IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DALILA VAZQUEZ,

          Appellant,

v.

REEMPLOYMENT
ASSISTANCE        APPEALS
COMMISSION AND CITY OF
BONITA SPRINGS,

          Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1464

_____/

Opinion filed November 18, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Dalilia Vazquez, pro se, Appellant.

Norman A. Blessing, General Counsel, Amanda L. Neff, Chief Appellate Counsel,
Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.